IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CYNTHIA A. GREEN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:26-CV-079-Z-BR |
| | § | |
| CHRISTOPHER WRIGHT, *as* | § | |
| SECRETARY, U.S. DEPARTMENT OF | § | |
| ENERGY NATIONAL NUCLEAR | § | |
| SECURITY ADMINISTRATION | § | |
| AGENCY, | § | |
| | § | |
| Defendant. | § | |

**ORDER WITHDRAWING RECOMMENDATION TO DISMISS
AND FINAL ORDER SETTING DEADLINE TO SERVE DEFENDANT**

Pursuant to 28 U.S.C. § 636(b) and Rule 2(c) of Miscellaneous Order No. 6 of this District, the presiding United States District Judge has referred this case to the undersigned United States Magistrate Judge for pretrial management. (ECF 8). Plaintiff, proceeding *pro se*, filed her Original Complaint on April 13, 2026. (ECF 3). Plaintiff has neither requested that the Court issue summons nor filed a proof of service.

The undersigned previously ordered Plaintiff to effect service on or before July 13, 2026, warning that this case might be dismissed due to noncompliance. (ECF 9). After that deadline passed without a response from Plaintiff, the undersigned on July 20 issued a recommendation that the presiding District Judge dismiss this case without prejudice for failure to serve and failure to comply with Court Orders. (ECF 10). In that recommendation, the undersigned noted that, if Plaintiff timely filed "an advisory to the Court explaining her efforts to serve Defendant and showing good cause for the delay in service," the recommendation would be withdrawn. (*Id.* at 2).

Now before the Court is a note from Plaintiff filed on July 27, 2026. (ECF 11). Plaintiff explains that she has been unsuccessfully attempting to retain an attorney, and she references both of the undersigned's previous orders regarding service. (*Id.* at 1–2). The Court construes this note as a motion for extension of the deadline to effect service, and having considered such construed motion, finds it should be GRANTED.

Accordingly, the undersigned's July 20 recommendation (ECF 10) is WITHDRAWN. Plaintiff is ORDERED to request summons from the Clerk of Court and ORDERED to effect service on Defendant under Rule 4 of the Federal Rules of Civil Procedure **on or before Friday, August 28, 2026**. If Plaintiff intends for this case to proceed, she must comply with these requirements **whether or not she has hired an attorney**. Unless Plaintiff files either proof of service or a request showing good cause for further extension by August 28, the undersigned will again recommend that this case be dismissed without any further extensions.

IT IS SO ORDERED.

ENTERED July 27, 2026.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE